928

No. 82–1433. RICHARDSON *v.* DONOVAN, SECRETARY OF LABOR, ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–1444. STOUTT *v.* OREGON EX REL. ADULT AND FAMILY SERVICES DIVISION. Ct. App. Ore. Certiorari denied.

No. 82–1447. AFSHAR *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 82–1460. AVCOLLIE *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied. ,

No. 82–1473. DIXIE FINANCE CO., INC., ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 82–1497. BRIGGS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 82–1501. MUSICO *v.* MUSICO, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MUSICO. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 82–1516. SEA PINES CO. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 4th Cir. Certiorari denied.

No. 82–1521. TAMARA FOODS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 82–1530. TURNER *v.* UNITED STATES; and
No. 82–1533. WILLIAMS ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 690 F. 2d 1289.